UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO 04-

HEIDI K. ERICKSON
    Plaintiff

VS.                          MOTION FOR PRELIMINARY INJUNCTION

STATE RACING COMMISSION, ET AL

1. The Plaintiff, Ms. Heidi K. Erickson, relies upon her Memorandum of Law filed herewith and asks this Honorable Court to issue the following preliminary injunctions a. – d. and requests herein until such time as the merits of this case are decided by this court.

   a. Order restraining the Defendants (The State Racing Commission) from denying her a stay and/or issuing her a Stable Employee License, and ID badge

   b. Order restraining the Defendants (The State Racing Commission) from ejecting Plaintiff from the any racing facility in the Commonwealth of Massachusetts.

   c. Order restraining Defendant (The State Racing Commission) from intimidating Plaintiff's employer(s) and associations, and or witnesses and/or herself.

   d. Order restraining and prohibiting the Defendants from slander, and disseminating private information of Erickson made to defame her and incriminate her good name.

IN SUPPORT

2. Plaintiff relies upon her filed herewith Complaint, Memorandum of Law in Support of Preliminary Injunction.

3. Plaintiff is a person identified as disabled according to the definitions pursuant to the Americans with Disabilities Act (ADA).

4. Defendants' actions are discriminatory within the meaning of the ADA and those made pursuant to the MGL ch 151B.

5. Plaintiff states that she has a strong likelihood of success on the merits of the claims in her Complaint and has not been fully heard on these issues, and will suffer irreparable harm if this court fails to grant this request for preliminary relief as she has been unable to secure employment and now faces continued unemployment due to the discriminations of Defendants.

6. Plaintiff has recently faced 2 years, a prolonged unemployment bout. The Defendants will not suffer any harm from the issuance of these orders and the public interest will be well served by the correct implementation of anti-discrimination laws, Constitutional protections, and for reasonable prudent due process.

7. Plaintiff's claims are supported by the arguments in Plaintiff's filed herewith Verified Complaint of which a court of competent and unbiased jurisdiction has not fully heard.

WHEREFORE, all relief requested previous pleadings and all other relief that this Honorable Court deems just and fair.

Respectfully submitted by:
I sign hereon attesting that the above paragraphs and the attached Memorandums are true under the pains and penalties of perjury.

Heidi K. Erickson, *pro se*
July 26th, 2004

2