UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO 04-

HEIDI K. ERICKSON
    Plaintiff

VS.

MOTION FOR SHORT ORDER AND ORAL HEARING ON MOTION FOR PRELIMINARY INJUNCTION

STATE RACING COMMISSION, ET AL

MAGISTRATE JUDGE_____

1. The Plaintiff, Ms. Heidi K. Erickson, who has been experiencing a prolonged unemployment bout, recently has been prevented a gainful employment due to discriminatory denial of both a state issued license the state requires for Plaintiff's employment but it also is denying her a stay of its decision due to the same discriminatory action.

2. A full hearing is required on a Preliminary Injunction as Ms. Erickson has witnesses to testify everything she asserts in her pleadings.

3. Defendants, discrimination is harming Plaintiff by the loss of gainful employment, she faces eviction, homelessness and has no funds, depriving of the income and causing irreparable harm upon her. Thus to avoid irreparable injury to the Plaintiff, she requests that this Honorable Court hear this motion on short notice and upon oral argument supporting her requested relief in the filed herewith Motion for Preliminary Injunction supported by Memorandum of Law.

Respectfully submitted by: _____

Heidi K. Erickson, *pro se*
July 26th, 2004   By signature hereinabove I attest to cause a true copy upon Defendants.