UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>HEIDI K. ERICKSON,</u>
                Plaintiff,

      v.                      Civil Action No.  04-11660-WGY

<u>STATE RACING COMMISSION, et al.,</u>
                Defendants.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒     GRANTED.

☐     DENIED for the following reason(s):

☐     Plaintiff shall pay the filing fee within 35 days of the date of this Order or this action shall be dismissed without prejudice without further notice.

☒     Plaintiff shall demonstrate good cause, in writing, within 35 days of the date of this order, why this action should not be dismissed without prejudice for the reasons stated in the accompanying memorandum and order.

☐     The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

 8/20/2004                            s/ William G. Young
DATE                                     CHIEF JUDGE