# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                                                    Civil Action
                                                                    No: **04-11660-WGY**

**ERICKSON**
**Plaintiff**

v.

**STATE RACING COMMISSION, ET AL**
**Defendant**

# ORDER

**YOUNG, C.J.**

      Civil Action Number _____**04-11660-WGY**_____ is hereby dismissed for failure of the **plaintiff to prosecute her case as ordered on 8/20/04.**

                         **By the Court,**

                         /s/ Elizabeth Smith

                         **Deputy Clerk**

**October 15, 2004**

**To: All Counsel**