UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11660

HEIDI K. ERICKSON

VERIFIED MOTION FOR LEAVE TO FILE
NOTICE OF APPEAL OUT OF TIME

STATE RACING COMMISSION, ET AL.

1. Plaintiff relies upon the filed herewith Notice of Appeal and the fact the she has been capacitated due to aggravations to her disability that has caused her to be come incapacitated and unable to file the Notice of Appeal until today.

2. Plaintiff's disability recognized by the Commonwealth of Massachusetts to have caused Plaintiff to become unable to work and created her incapacity to the point that she is now on emergency aid since September 2004, has caused Plaintiff illness to the point that has prevented her from being able to file the Notice of Appeal until today.

3. Plaintiff attests that despite her disability, which has prevented her from filing this Notice earlier, that she fully planned, prepared and now files this Notice of Appeal requesting leave of court if her filing of this said Notice is deemed untimely.

4. Plaintiff is representing herself, pro se, and has no means to hire additional assistance to assist her in filing this said Notice earlier.

5. Plaintiff is willing to provide any necessary documents required by this Court upon request to support this herein request, if necessary.

THEREFORE, Plaintiff's request for leave to file the her Notice of Appeal in reason.

Respectfully submitted by:

Heidi K. Erickson
*Pro se*
November 18th, 2004
By signature hereinabove I attest that the fact herein are stated under oath and under the pains and penalties of perjury are true.